IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

PAUL MEDINA,

      Petitioner,

v.                                                                 No. CV 21-658 WJ/CG

UNITED STATES,

      Respondent.

## ORDER TO CURE DEFICIENCIES

This matter is before the Court on Paul Medina's *pro se Petition for Writ of Habeas Corpus* (the "Petition"), (Doc. 1), filed July 16, 2021. Mr. Medina is a federal pretrial detainee. *See USA v. Medina*, 1:21-cr-0856 JCH. The Petition alleges that certain elected officials in New Mexico failed to obtain surety bonds to "perfect their oaths of office." (Doc. 1 at 1). He contends "this case must be immediately dismissed because the arresting sheriff has no jurisdiction to make arrests." *Id.* The Petition does not specifically cite the pending federal case, 1:21-cr-0856 JCH. Mr. Medina is likely referring to that case, as the Petition names the United States as Respondent. However, the record reflects a federal agent for the Bureau of Alcohol, Tobacco, and Firearms arrested Mr. Medina in the federal case, rather than a state sheriff. (Doc. 4 in 21-cr-0856 JCH).

To obtain clarification, the Court will direct Mr. Medina to re-file his claims on the proper 28 U.S.C. § 2241 habeas form by **August 20, 2021**. Mr. Medina should specify whether he is challenging his state or federal pretrial detention and include the criminal case number. By the same deadline, Mr. Medina must prepay the $5.00 habeas filing fee or, alternatively, file a motion to proceed *in forma pauperis* along with an inmate

account statement. The failure to timely comply with both directives will result in dismissal of this case without prejudice and without further notice.

**IT IS THEREFORE ORDERED** that by **August 20, 2021**, Mr. Medina shall: (1) refile his claims on the proper § 2241 habeas form; and (2) prepay the $5.00 habeas filing fee or, alternatively, file a motion to proceed *in forma pauperis* along with an inmate account statement.

**IT IS FURTHER ORDERED** that the Clerk's Office shall **MAIL** Mr. Medina a blank habeas petition under 28 U.S.C. § 2241 and a blank *in forma pauperis* motion.

**IT IS SO ORDERED.**

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE